IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Strong College Students Moving Incorporated, et al., <br><br>            Plaintiffs, <br><br> v. <br><br> College Hunks Hauling Junk Franchising LLC, et al., <br><br>            Defendants. | No. CV-12-01156-PHX-DJH <br><br> **JUDGMENT** |

This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

Pursuant to Rule 54(a), Fed.R.Civ.P., the Court having granted Defendants' Motion for Summary Judgment pursuant to Rule 56, Fed.R.Civ.P. (Doc. 83), this Court directs the entry of a final judgment in favor of the Defendants.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's order filed May 15, 2015, judgment is entered in favor of Defendants and against Plaintiffs. Plaintiffs to take nothing, and the Second Amended Complaint (Doc. 75) and action are dismissed with prejudice.

Dated this 28th day of May, 2015.

Honorable Diane J. Humetewa
United States District Judge